<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP,<br><br>    Plaintiff,<br><br>    v.<br><br>SKYLINE PIZZERIA RESTAURANT,<br><br>    Defendant. | No. 24cv2316 (EP) (SDA)<br><br>**ORDER** |

    Plaintiff Zuffa, LLC, d/b/a Ultimate Fighting Championship brings this action against Defendant Skyline Pizzeria Restaurant for unlawfully showing a UFC fight to Defendant's patrons in violation of 47 U.S.C. §§ 605, 553. D.E. 1, Complaint. Following Defendant's default, Plaintiff moved for default judgment. D.E. 14 ("Motion"). Having considered the Motion and all related items on the docket, and having determined that oral argument is not needed,

    **IT IS**, on this **13th** day of February 2025, for the reasons set forth in the accompanying Opinion,

    **ORDERED** that Plaintiff's Motion, D.E. 14, is **GRANTED**; and it is further

    **ORDERED** that judgment is hereby **ENTERED** against Defendant, in favor of Plaintiff, in the amount of $3,000; and it is finally

    **ORDERED** that within **30 days** Plaintiff shall file an application for reasonable attorneys' fees and costs in accordance with Local Civil Rules 54.1 and 54.2.

                                                                                                        Evelyn Padin, U.S.D.J.